

## UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

### EASTERN DIVISION

**RECEIVED**

**FEB 12 2025**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**GRACIELA DELA TORRE,**

Plaintiff,

v.

**DAVIES LIFE & HEALTH, INC.**, formerly known as **Disability Management Services, Inc. ("DMS")**, and **ALLSUP, LLC,**

Defendants.

**Case No.:**

1:25-cv-01483
Judge Chang
Magistrate Judge Appenteng
RANDOM / Cat. 2

---

## COMPLAINT

## INTRODUCTION

1. Plaintiff **Graciela Dela Torre** brings this action against **Davies Life & Health, Inc. ("Davies L&H"), formerly known as Disability Management Services, Inc. ("DMS"),** and **Allsup, LLC for fraudulent misrepresentation, interference with Social Security Disability Insurance (SSDI) benefits, breach of fiduciary duty, and deceptive trade practices.**

2. Plaintiff alleges that **DMS, now Davies L&H, improperly hired Allsup to represent her in her Social Security Disability claim without her consent.** Allsup misrepresented its authority and failed to act in Plaintiff's best interests, **causing undue delay, confusion, and wrongful denial of benefits.**

3. Plaintiff seeks **compensatory and punitive damages, correction of SSA records, and all other relief deemed appropriate by the Court.**

---

## JURISDICTION AND VENUE

4. This Court has jurisdiction under **28 U.S.C. § 1331** (federal question) because the case involves **Social Security benefits and fraudulent misrepresentation.**

5. Venue is proper in the **United States District Court for the Northern District of Illinois** pursuant to **28 U.S.C. § 1391(b)** because:

   o   Plaintiff **resides in Illinois.**

o **Allsup, LLC is headquartered in Illinois** and conducts business in this district.

o A substantial part of the events giving rise to the claim occurred in this district.

## PARTIES

6. Plaintiff **Graciela Dela Torre** is a resident of Elgin, Illinois, and a Social Security Disability Insurance (SSDI) claimant.

7. Defendant **Davies Life & Health, Inc. ("Davies L&H")**, formerly known as **Disability Management Services, Inc. ("DMS")**, is a third-party administrator of disability claims that **engaged in actions interfering with Plaintiff's SSDI benefits.**

   o **Principal Address:** 1500 Main Street, Suite 1400, Springfield, MA 01115

   o **Registered Agent:** C T Corporation System, **155 Federal Street, Suite 700, Boston, MA 02110**

8. Defendant **Allsup, LLC** is a company that provides SSDI representation services.

   o **Principal Address: 300 Allsup Place, Belleville, IL 62223**

   o **Registered Agent:** C T Corporation System, **1200 South Pine Island Road, Plantation, FL 33324**

## FACTUAL ALLEGATIONS

9. Plaintiff **applied for SSDI benefits** and engaged in communications with the **Social Security Administration (SSA)** regarding her claim.

10. Without Plaintiff's explicit **authorization, DMS (now Davies L&H) engaged Allsup to represent her, leading SSA to believe that Allsup was acting on her behalf.**

11. Plaintiff **never retained Allsup** as her representative. Nevertheless, Allsup **falsely claimed to represent Plaintiff** in her SSDI case.

12. **SSA relied on communications from Allsup, which contributed to delays and mismanagement of Plaintiff's claim.**

13. On **February 3, 2025,** SSA issued a letter stating that **Plaintiff's appeal deadline had passed** due to procedural failures caused by Defendants' actions.

14. On **January 9, 2025,** Allsup falsely claimed **Plaintiff's SSDI claim was still pending,** when in reality, SSA had already denied her appeal rights due to Defendants' misconduct.

15. Plaintiff has suffered **financial losses, emotional distress, and undue hardship** due to Defendants' fraudulent misrepresentations and interference.

## CAUSES OF ACTION

## COUNT I: FRAUDULENT MISREPRESENTATION

16. Defendants falsely represented that **Allsup was acting as Plaintiff's legal representative, causing harm.**

17. Plaintiff **relied on these misrepresentations to her detriment,** resulting in wrongful denial of benefits.

18. Defendants' actions constitute **fraud under Illinois common law and federal consumer protection laws.**

## COUNT II: INTERFERENCE WITH SSDI BENEFITS

19. Defendants' unauthorized actions **interfered with Plaintiff's ability to receive and appeal her SSDI benefits.**

20. As a result, Plaintiff has suffered **economic harm, including lost benefits.**

## COUNT III: BREACH OF FIDUCIARY DUTY

21. Allsup owed Plaintiff a **fiduciary duty to act in her best interest,** but instead, it **acted without authorization and harmed her SSDI claim.**

## COUNT IV: VIOLATION OF ILLINOIS CONSUMER FRAUD AND DECEPTIVE BUSINESS PRACTICES ACT

22. Defendants engaged in **deceptive business practices** by falsely representing their authority.

23. These deceptive actions **caused significant harm to Plaintiff.**

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff **Graciela Dela Torre** respectfully requests that this Court:

A. Award **compensatory damages** for financial losses and emotional distress.
B. Award **punitive damages** for Defendants' fraudulent and deceptive conduct.
C. Order **SSA to correct all records impacted by Defendants' misrepresentation.**
D. Enjoin Defendants from further **deceptive practices regarding SSDI representation.**
E. Grant such other relief as this Court deems **just and proper.**

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

**Respectfully submitted,**

Graciela Dela Torre   *Graciela*   Feb 12, 2025
653 Wing St, Elgin, IL 60123
GMESTIZA1@GMAIL.COM
(630) 670-5914
Pro Se Plaintiff



## COVER LETTER FOR FILING

GRACIELA DELA TORRE
GMESTIZA1@GMAIL.COM
[630] 670-5914
February 12, 2025.

Clerk of Court
United States District Court
Northern District of Illinois
219 S DEARBORN IL 60604

**Subject:** Filing of Complaint – **Graciela Dela Torre v. Davies Life & Health, Inc. and Allsup, LLC**

Dear Clerk of Court,

I am submitting the enclosed documents for filing in the United States District Court for the Northern District of Illinois. Please find the following enclosed:

1. **Original Complaint** (including Jury Demand)

2. **Civil Cover Sheet**

3. **Summons for Defendants**

4. **Certificate of Service**

5. **Filing Fee or Application for In Forma Pauperis** (if applicable)

Please notify me if any additional documents or corrections are needed.

Thank you for your assistance.

**Respectfully submitted,**

**Graciela Dela Torre**
**Pro Se Plaintiff**

Exhibit 1

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**GRACIELA DELA TORRE,**
Plaintiff,

v.

**DAVIES LIFE & HEALTH, INC.**, formerly known as **Disability Management Services, Inc.**
**("DMS"), and ALLSUP, LLC,**
Defendants.

**Case No.:**

---

## COMPLAINT

## INTRODUCTION

1. Plaintiff **Graciela Dela Torre** brings this action against **Davies Life & Health, Inc. ("Davies L&H"), formerly known as Disability Management Services, Inc. ("DMS"), and Allsup, LLC for fraudulent misrepresentation, interference with Social Security Disability Insurance (SSDI) benefits, breach of fiduciary duty, and deceptive trade practices.**

2. Plaintiff alleges that **DMS, now Davies L&H, improperly hired Allsup to represent her in her Social Security Disability claim without her consent.** Allsup misrepresented its authority and failed to act in Plaintiff's best interests, **causing undue delay, confusion, and wrongful denial of benefits.**

3. Plaintiff seeks **compensatory and punitive damages, correction of SSA records, and all other relief deemed appropriate by the Court.**

---

✳ **SUMMONS IN A CIVIL ACTION**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Case No.:

TO: **Davies Life & Health, Inc.**
(Formerly Disability Management Services, Inc.)
C T Corporation System

155 Federal Street, Suite 700
Boston, MA 02110

TO: **Allsup, LLC**
C T Corporation System
1200 South Pine Island Road
Plantation, FL 33324

YOU ARE HEREBY SUMMONED and required to serve upon **Graciela Dela Torre, Plaintiff,** whose address is **653 Wing St, Elgin, IL 60123,** an answer to the complaint which is served on you with this summons, within **21 days after service of this summons on you,** exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

You must also file your answer with the **Clerk of the United States District Court for the Northern District of Illinois** within the same period.

**CLERK OF COURT**

By: _____
Deputy Clerk

Date: _____

**CERTIFICATE OF SERVICE**

I, **Graciela Dela Torre,** the Plaintiff in the above-captioned case, certify that on this **12ᵀᴴ day of February, 2025** I served a copy of the following documents on the Defendants:

- **Complaint and Summons**

- **Civil Cover Sheet**

Service was executed as follows:

1. **Davies Life & Health, Inc. ("Davies L&H")**

   o **Registered Agent:** C T Corporation System

   o **Service Address:** 155 Federal Street, Suite 700, Boston, MA 02110

   o **Method of Service:** Certified Mail with Return Receipt

2. **Allsup, LLC**

   o **Registered Agent:** C T Corporation System

   o **Service Address:** 1200 South Pine Island Road, Plantation, FL 33324

   o **Method of Service:** Certified Mail with Return Receipt

I certify that the above information is true and correct.

**Dated:** February 12, 2025.
**Respectfully submitted,**

**Graciela Dela Torre**
653 Wing St,
Elgin, IL 60123
**Pro Se Plaintiff**

## COVER LETTER FOR FILING

**Graciela Dela Torre**
653 Wing St,
Elgin, IL 60123
GMESTIZA1@GMAIL.COM
February 12, 2025.

Clerk of Court
United States District Court
Northern District of Illinois
219 S DEARBORN ST, CHICAGO IL 60604

**Subject:** Filing of Complaint – **Graciela Dela Torre v. Davies Life & Health, Inc. and Allsup, LLC**

Dear Clerk of Court,

I am submitting the enclosed documents for filing in the United States District Court for the Northern District of Illinois. Please find the following enclosed:

1. **Original Complaint** (including Jury Demand)

2. **Civil Cover Sheet**

3. **Summons for Defendants**

4. **Certificate of Service**

5. **Filing Fee or Application for In Forma Pauperis** (if applicable)

Please notify me if any additional documents or corrections are needed.

Thank you for your assistance.

**Respectfully submitted,**

**Graciela Dela Torre**
**Pro Se Plaintiff**