

# United States District Court
# Northern District of Illinois

In the Matter of

Graciela Dela Torre

v.

Davies Life & Health, Inc., et al.

District Judge Rebecca R. Pallmeyer

Case No. 25-CV-1483

Designated Magistrate Judge
Jeannice W. Appenteng

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
## FOR A REASSIGNMENT

    The above captioned case is currently pending on my calendar. I request the Executive Committee that this case be reassigned to the calendar of Judge Rebecca R. Pallmeyer. The reason for my request are indicated on the bottom of this form.

_____

**Judge Edmond E. Chang**

Date: Tuesday, April 29, 2025

---

### Reason(s) For Recommendation:

- 40.3(b)(2) This case appears to involve the same parties and subject matter as case number 22 C 7059 assigned to the calendar of Judge Rebecca R. Pallmeyer and dismissed prior to the filing of this case.

Dated: Wednesday, April 30, 2025

District Reassignment - Named Judge

..................................................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS: