# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Graciela Dela Torre
                               Plaintiff,

v.
                                                      Case No.: 1:25−cv−01483
                                                      Honorable Rebecca R. Pallmeyer

Davies Life & Health, Inc., et al.
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 6, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: The court has reviewed Ms. Dela Torre's recent submissions and Judge Chang's orders. Plaintiff is directed to show cause within 14 days why this case should not be dismissed as duplicative of her earlier lawsuit. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.