BC

FILED 5/20/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
PJJ

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

GRACIELA DELA TORRE,     Plaintiff,

v.

NIPPON LIFE INSURANCE COMPANY OF AMERICA,
DAVIES LIFE & HEALTH, INC. (f/k/a DMS),     Defendants.
ALLSUP, LLC,

**Case No. 1:25-cv-01483**
**Judge Rebecca R. Pallmeyer**

---

**PLAINTIFF'S MOTION TO FILE EXHIBIT H UNDER SEAL**

**(MEDICAL REFERRALS, TREATMENT PLAN & FUTURE SURGERIES)**
NOW COMES Plaintiff, **Graciela Dela Torre**, appearing pro se, and respectfully moves this Honorable Court for leave to file medical records and treatment summary as **Exhibit H** under seal, pursuant to **Local Rule 26.2**, **Federal Rule of Civil Procedure 5.2(d)**, and in compliance with the Court's inherent authority to protect private health information. In support thereof, Plaintiff states as follows:

---

**1. Legal Basis for Filing Under Seal**
The materials Plaintiff seeks to file consist of private medical information, including active physical therapy referrals, specialist appointments, and surgical assessments for reconstructive procedures. These records are protected by the **Health Insurance Portability and Accountability Act (HIPAA)** and are not suitable for public access.

The Court has discretion to protect sensitive records and seal filings where public disclosure would compromise privacy and health rights. See **Local Rule 26.2(b)**.

---

**2. Relevance of Medical Records to the Case**
These medical documents are directly relevant to the factual allegations and equitable relief sought in Plaintiff's PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT (Dkt. #52) and **Second Amended Complaint filed on May 20, 2025** (Dkt. #52), including:

- Ongoing physical and financial harm caused by Defendants' fiduciary failures;

- Denial of timely treatment and benefits under ERISA plans;
- The need for future Aqua Therapy, Therapy, reconstructive surgery, and neurological and rheumatological care;
- Damages resulting from delays and insurance denials tied to the wrongful closure of Plaintiff's SSDI claim.

---

## 3. Summary of Confidential Content (To Be Filed as Sealed Exhibit H)

- **Rehabilitation & Physical Therapy**

| Start Date | Expiration Date | Status | Authorized Visits | Remaining Visits | Referral Details |
|---|---|---|---|---|---|
| 01/07/2025 | 01/07/2026 | Open | 18 | 18 | Rehab – Bilateral Shoulders (Dr. Ryon M. Hennessy) |
| 12/26/2024 | 12/26/2025 | Open | 9 | 9 | Back and Neck Physical Therapy (Dr. Vineet Singla) |
| 02/18/2025 | 05/19/2025 | Closed | 9 | 9 | Physical Therapy – External Rehab |

- **Specialist Office Visits**

| Start Date | Expiration Date | Status | Authorized Visits | Remaining Visits | Specialty |
|---|---|---|---|---|---|
| 02/18/2025 | 02/18/2026 | Open | 3 | 3 | Dermatology |
| 02/18/2025 | 02/18/2026 | Open | 3 | 3 | Rheumatology |
| 02/06/2025 | 02/06/2026 | Open | 3 | 3 | Neurology |

- **Future Reconstructive Procedures (Urgent)**

  - **Right Elbow Reconstructive Surgery (Second Procedure):**
    Ongoing instability following prior implant (Feb. 28, 2022). Reevaluation for revision in 2025.

- **Right Wrist Reconstructive Surgery:**
  Required but currently delayed by insurance denials. Plaintiff remains in pain and unable to access surgery without urgent economic relief.

Plaintiff's conditions have worsened due to the financial starvation caused by Defendants' misconduct. She respectfully requests leave to file these documents under seal to preserve medical privacy while providing essential proof of harm and need for equitable relief.

---

### 4. Relief Requested

Plaintiff respectfully asks the Court to:

1. **Grant leave** to file Exhibit H under seal;
2. Accept Exhibit H into the record upon judicial approval;
3. Permit Plaintiff to supplement the sealed record with medical attachments showing urgency of care, financial barriers, and progression of impairment.

---

**PRAYER FOR RELIEF**
WHEREFORE, Plaintiff respectfully requests that this Honorable Court **GRANT this Motion for Leave to File Exhibit H Under Seal** and such further relief as this Court deems just and proper.

**CERTIFICATE OF SERVICE**

I, Graciela Dela Torre, certify that on May 20, 2025, I electronically filed the foregoing **Plaintiff's Motion to File Exhibit H Under Seal** using the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Respectfully submitted,
**/s/ Graciela Dela Torre**
Graciela Dela Torre, Pro Se
653 Wing Street
Elgin, IL 60123
gmestiza1@gmail.com
(630) 670-5914
Dated: May 20, 2025