# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Graciela Dela Torre

                Plaintiff,

v.                                                                    Case No.: 1:25–cv–01483

                                                                            Honorable Rebecca R. Pallmeyer

Davies Life & Health, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 2, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: As it appears the three Defendants have appeared through counsel, they are directed to file their answers or otherwise plead, as previously directed by Judge Chang, on June 9, 2025. Plaintiff#039;s motion for attorney representation [63] is denied; the court does not appoint counsel in civil cases, such as this one. The court will on some occasions request that a lawyer enter an appearance on behalf of an indigent litigant but declines to do so at this time, absent a showing that Plaintiff has made efforts to find counsel on her own and that she has a meritorious claim that she is incapable of pursuing on her own. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.