**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division**

Graciela Dela Torre
                              Plaintiff,

v.                                                      Case No.: 1:25−cv−01483
                                                              Honorable Rebecca R. Pallmeyer

Davies Life & Health, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 4, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: The court has directed Defendants to file responsive pleadings. The court notes that Plaintiff has moved for leave to file a second amended complaint [53] and also seeks leave to file a supplemental complaint [58]. The court construes her more recent motion [58] as one seeking leave to file a third amended complaint, and grants that motion. The earlier motion [53] is denied as moot. The Clerk is directed to docket the third amended complaint (58, Exhibit A) as the operative pleading. In directing Defendants to respond, the court expresses no opinion on the merits of Plaintiff's claims or any defenses that may be raised. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.