IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRACIELA DELA TORRE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:25-cv-01483 |
| ) | |
| DAVIES LIFE & HEALTH, INC., formerly ) | Honorable Rebcca R. Pallmeyer |
| known as Disability Management Services, Inc., ) | |
| NIPPON LIFE INSURANCE COMPANY OF ) | |
| AMERICA, and ALLSUP, LLC, ) | |
| ) | |
| Defendants. ) | |

**DAVIES LIFE & HEALTH INC.'S MOTION FOR HEARING ON STATUS AND FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant, Davies Life & Health, Inc. ("Davies Life & Health"), by and through its undersigned counsel, respectfully requests that the Court, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), 16(a), and Local Rule 16.2, enter an Order setting a status hearing to discuss the pleading to which the defendants are required to answer or otherwise plead and/or extending the date for Davies Life & Health to answer or otherwise plead in response to Plaintiff's operative pleading. In support of its Motion, Davies Life & Health states:

1. The Court ordered Davies Life & Health to answer or otherwise respond to Plaintiff's operative pleading by June 9, 2025. (ECF No. 64).

2. On June 4, 2025, the Court entered an Order construing Plaintiff's pending Motion to File Supplemental Complaint Under Rule 15(d) (ECF No. 58) as Plaintiff's Third Amended Complaint. (ECF No. 65). The Court then granted that Motion and denied an earlier filed motion for leave to file a Second Amended Complaint. (ECF No. 65).

3. On June 5, 2025, Plaintiff sent an email to the Court and counsel for the

1

defendants entitled "Plaintiff's Explanation Regarding Pleading Intent and Request for Leave to Amend." A true and correct copy of the June 5, 2025 email is attached hereto as Exhibit A.

4. Plaintiff advised that her Second and Third Amended Complaints were "designed to function *together* … with the latter *augmenting*—not replacing—the former." (Ex. A., p.1). In other words, Plaintiff maintains that she envisioned her "operative pleading" would be two separate documents: her proposed Second Amended Complaint **and** the allegations she proposed as supplements to her Second Amended Complaint. (Ex. A., p.1).

5. As a result of Plaintiff's confusing approach to asserting her claims, it is unclear whether Davies Life & Health would be meeting the substance of Plaintiffs' claims if it addressed, such as in a motion to dismiss for failure to state a claim, only the allegations in the Third Amended Complaint.

6. Under the circumstances, the June 9th deadline for responding to the Third Amended Complaint should be extended until Plaintiff's assertions as to what claims and allegations are at issue can be clarified.

7. Pursuant to Local Rule 16.2, Davies Life & Health requests that the Court set a status hearing to discuss the pleading to which the defendants are required to respond.

8. Davies Life & Health also requests that the date for it to answer or otherwise plead in response to Plaintiff's operative pleading be extended to a date 14 days after the requested status hearing or June 30, 2025, whichever is later.

9. Good cause exists for allowing an extension of time given the uncertainty regarding what comprises Plaintiff's operative pleading.

**WHEREFORE**, Defendant, Davies Life & Health, Inc., respectfully requests that the Court enter an Order setting a status hearing to discuss the pleading to which the defendants are

required to respond and/or extending to a date 14 days after the requested status hearing or to June 30, 2025, whichever is later, the date for Davies Life & Health to answer or otherwise plead in response to Plaintiff's operative pleading.

        Respectfully submitted,

        DAVIES LIFE & HEALTH, INC.

        By:   /s/ Joseph R. Jeffery
              One of Its Attorneys

Joseph R. Jeffery
CHITTENDEN, MURDAY & NOVOTNY, LLC
303 W. Madison Street, Suite 1400
Chicago, IL 60606
T: 312-281-3600
F: 312-281-3678
jjeffery@cmn-law.com

*Attorney for Davies Life & Health, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this **6th day of June, 2025**, I electronically filed the foregoing **Motion for Hearing on Status and for Extension of Time to Answer or Otherwise Plead** with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system, which sent notification of such filing to the CM/ECF registered participants:

Robert W. Brunner, Esq.
Bryan Cave Leighton Paisner, LLC
161 N. Clark Street, Suite 4300
Chicago, Illinois 60613
Robert.brunner@bclplaw.com

*Attorney for Allsup, LLC*

Justin Wax Jacobs, Esq.
Nippon Life Insurance Company of America
666 Third Avenue, Suite 2201
New York, NY 10017
j-waxjacobs@nipponlifebenefits.com

*Attorney for Nippon Life Insurance Company*

and that a true and correct copy was served upon the following parties via email and U.S. Mail:

Graciela Dela Torre
653 Wing St.
Elgin, IL 60123
Gmestiza1@gmail.com

Plaintiff*, Pro Se*

                         */s/ Joseph R. Jeffery*
                         CHITTENDEN, MURDAY & NOVOTNY LLC
                         303 West Madison Street, Suite 2400
                         Chicago, Illinois 60606
                         P: 312.281.3600
                         F. 312.281.3678
                         jjeffery@cmn-law.com