**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Graciela Dela Torre

                              Plaintiff,

v.                                                        Case No.: 1:25−cv−01483
                                                        Honorable Rebecca R. Pallmeyer

Davies Life & Health, Inc., et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 6, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff has submitted both a Second Amended Complaint [53] and a proposed Supplemental Complaint [58]. More recently, she submitted yet another Complaint [66]. Motion for Clarification or Reconsideration [68] and Motion for Clarification and Correction of Record [69] are granted as follows: Plaintiff is advised that there can be just a single operative complaint that stands complete on its own, without additional supplements. Her Second Amended Complaint, the Supplement Complaint, and the June 5 Complaint [53, 66] are all stricken without prejudice. The court directs Plaintiff to submit, on or before June 13, 2025, a Third Amended Complaint that includes all allegations to which she expects Defendants to respond. The parties are directed to communicate with the court only by way of filings in the court record. The courtroom deputy will communicate with parties and counsel only for purposes of scheduling. The dates now set for Defendants' responsive pleading are stricken; all Defendants' answers will be due 21 days after the submission of a single Third Amended Complaint. Defendant Allsup, LLC's motion for an extension of time to respond [67] is denied as moot. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.