# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Graciela Dela Torre

                  Plaintiff,

v.                                                 Case No.: 1:25−cv−01483

                                                            Honorable Rebecca R. Pallmeyer

Davies Life & Health, Inc., et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 13, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff's motion for extension of time and for clarification regarding unaddressed filing [75] is granted in part and denied in part. The unaddressed filing was a motion for an extension of time in which to prepare an amended complaint and a renewed request for recruitment of counsel. Ms. Dela Torre initiated this lawsuit in February 2025. She now seeks a further extension of the time for filing an amended pleading, but her request for nearly 60 days in which to do so (to August 8, 2025) [73] is denied. The court will extend the date by one week, from June 13, 2025 to June 20, 2025. The request for recruitment of counsel is also denied, but Ms. Dela Torre is welcome to contact the court's Pro Se Help Desk. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.