**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Graciela Dela Torre

                                        Plaintiff,

v.                                                                    Case No.: 1:25–cv–01483
                                                                      Honorable Rebecca R. Pallmeyer

Davies Life & Health, Inc., et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 16, 2025:

        MINUTE entry before the Honorable Rebecca R. Pallmeyer: Since June 4, 2025, when the court directed her to submit a single operative complaint [65], Plaintiff has submitted some six motions for clarification and/or extension of time. The most recent motion to clarify [78] is denied. The court's orders are sufficiently clear. As ordered on June 13 [77], the date for submission of an amended complaint is extended to June 20, 2025, but no further. The court will not consider further submissions from Plaintiff until the proposed amended complaint has been submitted. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.