## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Graciela Dela Torre
                          Plaintiff,

v.                                       Case No.: 1:25–cv–01483
                                            Honorable Rebecca R. Pallmeyer

Davies Life & Health, Inc., et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 20, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff having filed her Third Amended Complaint [80], Defendants are directed to answer or otherwise plead by July 10, 2025. Plaintiff's motion for reassignment of this case [81] is a motion for recusal and is denied without prejudice. Plaintiff's motion raises concerns about alleged inappropriate communications between court staff and opposing counsel; asserts that opposing counsel has engaged in "throw the rock and hide the hand" conduct; and objects to the court's rulings. The court has already reminded all parties that appropriate communication is by way of motion filed in the court docket. Neither alleged improper conduct by defense counsel nor disagreement with the court's rulings are a sufficient basis for recusal. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.