UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Graciela Dela Torre
                                    Plaintiff,
v.                                                          Case No.: 1:25−cv−01483
                                                            Honorable Rebecca R. Pallmeyer
Davies Life & Health, Inc., et al.
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 25, 2025:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff's motion "to compel the court to identify the basis for characterizing an ex parte communication as 'scheduling' and to correct the record accordingly" [83] is granted in that the court will print and place in the docket all of the email communications it has received in this case. The motion is otherwise denied. Mailed notice(ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.