IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GRACIELA DELA TORRE,<br><br>Plaintiff,<br><br>v.<br><br>NIPPON LIFE INSURANCE COMPANY OF AMERICA; DAVIES LIFE & HEALTH, INC. (f/k/a DMS); and ALLSUP, LLC,<br><br>Defendants. | Case No.: 25-cv-01483<br><br>Hon. Rebecca R. Pallmeyer |

**MOTION FOR EXTENSION OF TIME OF SEVEN DAYS**
**TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

Defendant Allsup, LLC ("Defendant"), by and through its undersigned counsel, and for its Motion for Extension of Time of Seven Days to Respond to Plaintiff Graciela Dela Torre's ("Plaintiff") Third Amended Complaint pursuant to Federal Rule of Civil Procedure 6(b) states:

1. On June 13, 2025, Plaintiff filed a Third Amended Complaint in this cause. (Doc. 80) Defendant did not receive copy of the Third Amended Complaint until it received notice of the filing through the ECF filing system on June 18, 2025.

2. This Court ordered that the defendants in this case respond to the Third Amended Complaint within 21 days after the same was filed. (Doc. 71) Thus, the deadline to respond to the Third Amended Complaint is on July 4, 2025, a court holiday.

3. Defendant requests a seven-day extension of time, or until July 11, 2025, to file its response to the Third Amended Complaint. The undersigned counsel has been involved in preparing for and handling an asylum hearing on behalf of Honduran immigrants, and needs the short extension of time to file Defendant's response. Thus, there is good cause for this request for an extension of time.

4.  No party will be prejudiced by the granting of this short extension of time.

5.  The undersigned counsel contacted Plaintiff to see if she had any objection to this extension of time, but did not hear back from her before filing the Motion.

WHEREFORE, Defendant Allsup, LLC respectfully requests that this Motion be granted for the reasons stated herein, that Allsup be allowed up to and including July 11, 2025, to file its response to the Third Amended Complaint, and that the Court enter any further relief that it deems just and proper.

Dated: July 1, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By:　*/s/ Robert W. Brunner*
　　　　　　　　　　　　　　　　　　　　Robert W. Brunner
　　　　　　　　　　　　　　　　　　　　BRYAN CAVE LEIGHTON PAISNER LLP
　　　　　　　　　　　　　　　　　　　　161 North Clark Street, Suite 4300
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60601-3315
　　　　　　　　　　　　　　　　　　　　(312) 602-5000
　　　　　　　　　　　　　　　　　　　　robert.brunner@bclplaw.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Allsup, LLC*

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that on July 1, 2025, a copy of the foregoing was served on counsel through the ECF system, and that a copy was served on the following by electronic mail:

Garciela Dela Torre
gmestiza1@gmail.com


                */s/ Robert W. Brunner*