# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Graciela Dela Torre

                      Plaintiff,

v.                                           Case No.: 1:25–cv–01483
                                                    Honorable Rebecca R. Pallmeyer

Davies Life & Health, Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 2, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion for extension of time [86] is granted. Defendant Allsup, LLC is granted an additional 7 days, to and including 7/11/2025 to files its response to the Third Amended Complaint. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.