IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GRACIELA DELA TORRE,<br><br>Plaintiff,<br><br>v.<br><br>NIPPON LIFE INSURANCE COMPANY OF AMERICA; DAVIES LIFE & HEALTH, INC. (f/k/a DMS); and ALLSUP, LLC,<br><br>Defendants. | Case No.: 1:25-cv-01483<br><br>Hon. Rebecca R. Pallmeyer |

### NIPPON LIFE INSURANCE COMPANY OF AMERICA'S MOTION FOR A TWENTY-ONE (21) DAY EXTENION OF TIME TO RESPOND TO PLEADINGS

Defendant, Nippon Life Insurance Company of America, ("Defendant" or "Nippon"), by and through its undersigned counsel, submits this motion for an extension of twenty-one days to respond to Plaintiff's Complaint. In support, and pursuant to the penalty of perjury, states:

1. On June 13, 2025, Plaintiff filed a Third Amended Complaint in this case. Dkt. 80. Nippon was ordered by this Court to file a response by July 10, 2025. Dkt. 82.

2. On July 3, 2025, Justin Wax Jacobs, counsel for Nippon, suffered several injuries in a PEV accident, including fractures and a dislocated shoulder. He cannot type without great difficulty and pain. He is currently unable to reasonably perform case related duties.

3. The undersigned counsel is currently managing a medical issue due to unforeseen and exigent circumstances. Due to his injuries he will be unable to meet the Court imposed deadline of July 10, 2025. Thus, there is good cause to request this extension of

time.

4. Defendant requests a twenty-one-day extension of time, or until August 1, 2025, with leave to request further extensions, to file its response to the Third Amended Complaint.

5. No party will be prejudiced by the granting of this three-week extension of time.

6. Leave to request more extensions is requested because Mr. Wax Jacobs' injuries are ongoing and his full recovery period is yet unknown.

7. This Motion has been prepared with assistance due to undersigned counsel's recent and unforeseen accident and injuries - which has temporarily affected his ability to prepare the motion independently. Undersigned counsel has reviewed the motion in its entirety, adopts its contents, and respectfully submits it for the Court's consideration.

WHEREFORE, Defendant Nippon Life Insurance Company of America respectfully requests that this Motion be granted for the reasons stated herein, that Nippon be allowed up to and including August 1, 2025, to file its response to the Third Amended Complaint, for Nippon to be permitted to request further extensions to this deadline, and that the Court enter any further relief that it deems just and proper.

Dated: July 7, 2025         Respectfully submitted,

By:  /s/ Justin Wax Jacobs
Justin Wax Jacobs
Attorney *Pro Hac Vice* for Defendant: Nippon Life Insurance Company of America
666 Third Ave., Suite 2201
New York, New York 10017
Tel: 646-630-4923
j-waxjacobs@nipponlifebenefits.com