

**FILED 7/8/2025**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

Graciela Dela Torre,
Plaintiff,
v.
Nippon Life Insurance Company of America, et al.,
Defendants.

Case No. 1:25-cv-01483

**PETITION TO REMEDY UNFAIR CM/ECF NOTIFICATION DISPARITY**

TO THE HONORABLE COURT:
Plaintiff Graciela Dela Torre, proceeding pro se and in forma pauperis, respectfully brings this petition to address a structural inequity in CM/ECF notification practices that prejudices her access to justice and undermines procedural fairness in this matter.

BACKGROUND AND PREJUDICE

1. Due to the suspension of her PACER account and indigency, Plaintiff currently lacks the ability to access docket activity or filings in real-time.

2. Meanwhile, counsel for Defendant Nippon Life Insurance Company of America, Mr. Justin Wax Jacobs, is receiving **duplicate electronic notifications** of all docket activity through the Court's CM/ECF system:
    - "Justin Aaron Wax Jacobs    j-waxjacobs@nipponlifebenefits.com"
    - "Justin Wax Jacobs    j-waxjacobs@nipponlifebenefits.com"

3. This results in Defendant's counsel receiving double notifications, while Plaintiff lacks access to Pacer, effectively leaving her blindfolded to the progress of her own case.

4. This disparity creates significant procedural disadvantage and violates principles of fair access, especially given Plaintiff's disability, in forma pauperis status, and reliance on PACER to monitor case activity.

REQUEST FOR RELIEF

Plaintiff respectfully requests that the Court:

1. Acknowledge the unfair impact of duplicate CM/ECF notifications sent to Defendant's counsel while Plaintiff lacks access to filings;

2. Direct the Clerk to eliminate duplicate entries for Justin Wax Jacobs in the CM/ECF service list;

3. Ensure that Plaintiff receives timely copies of all docket entries via email until her PACER access is fully restored;

4. Grant any other relief this Court deems just and appropriate to restore parity in notice and participation. Respectfully submitted,

/s/Graciela Dela Torre
Graciela Dela Torre Pro Se Plaintiff
653 Wing Street
Elgin, IL 60123
gmestiza1@gmail.com
(630) 670-5914
Dated: July 8, 2025