


**FILED 7/8/2025 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

Graciela Dela Torre,
Plaintiff,
v.
Nippon Life Insurance Company of America,
Davies Life and Health
Allsup LLP (et al.,)
Defendants.

Case No. 1:25-cv-01483

Judge Rebecca R. Pallmeyer

**PETITION FOR RELIEF DUE TO PACER ACCESS DENIAL**

COMES NOW the Plaintiff, Graciela Dela Torre, respectfully submitting this petition for reasonable relief and judicial accommodation in light of her ongoing inability to access PACER due to a system lockout for non-payment. As a result, she is currently unable to monitor filings, respond to Court Orders, or meaningfully participate in proceedings in the above-captioned case.

**FACTUAL BACKGROUND**

1. Plaintiff is disabled, not an attorney, proceeding pro se, Gracie has been granted to proceed forma pauperis, and is actively litigating multiple time-sensitive matters in this Court. Plaintiff is disabled as a result of sustaining irreversible tendon, ligament, and nerve damage due to working up to 21 hours a day, seven days a week, from 2014 through 2019, followed by an unfortunate series of events that further complicated her condition, including post-surgical infections and delayed access to rehabilitative care.

2. On or before June 9, 2025, and continuing through July 8, 2025, Plaintiff's PACER account was disabled for non-payment, as shown in two separate system-generated alerts:
   - Exhibit A: Pop-up alert from pacer, on June 9, 2025: "Your PACER account has been disabled due to non-payment."
   - Exhibit B: PACER system lockout message offering limited instructions for reinstatement after payment is received.
3. Plaintiff has been granted fee waivers and is indigent, but PACER's centralized billing model still enforces a strict access lockout, even during active litigation. Plaintiff has called PACER and all available support lines and has exhausted every non-judicial remedy before filing this petition.
4. This suspension has materially prejudiced Plaintiff, including:
- Inability to view or download Docket Entries, Minute Orders, and Responses;
- Obstruction of the ability to track deadlines or file timely replies;
- Disadvantaged positioning relative to Defendants who have full PACER access and legal representation.

**REQUEST FOR COURT INTERVENTION**

Plaintiff respectfully asks this Court to:
1. Acknowledge Plaintiff's PACER lockout and its impact on access to the docket;
2. Direct the Clerk of Court to provide paper or electronic copies of all filed entries in this case going forward until her access is restored;
3. Permit reasonable deadline extensions for any filings due during the PACER outage period;
4. If the Court prefers, treat this as a motion for accommodations for a pro se, disabled litigant under applicable rules and judicial policy for equitable access;
5. Provide any other relief deemed just and necessary to preserve Plaintiff's right to participate meaningfully in her case.
6. Plaintiff additionally requests that the Clerk of Court or Chambers provide email copies of all docket entries from Dkt. #1 onward, or from the inception of the case, to the present, including but not limited to:
- Court Orders,
- Minute Entries,
- Motions filed by Plaintiff and Defendants,
- Any responses or deadlines set by the Court.


This request is made in good faith, solely for the purpose of maintaining adequate access to the litigation record while Plaintiff's PACER privileges remain suspended.


Plaintiff's contact information for email delivery is as follows:

gmestiza1@gmail.com

**CONCLUSION**

Plaintiff apologizes if prior filings may have strained this Court's Clerk/Judge's patience and also notes that this has created a bias scenario. Nonetheless, this Petition is submitted in good faith, based on access limitations documented by two federal system alerts. Plaintiff seeks only a level playing field and an opportunity to respond fairly in these proceedings.

# EXHIBITS

Exhibit A – PACER Lockout Alert from ecf.ilnd.uscourts.gov (dated June 9, 2025 or earlier)



Exhibit B – PACER Account Disabled Popup Notice (dated July 8, 2025)



## CERTIFICATE OF SERVICE

I, Graciela Dela Torre, hereby certify that on July 8, 2025, a true and correct copy of the foregoing Petition for Relief Due to PACER Access Denial, along with all attached exhibits, was served upon all parties via the Court's CM/ECF electronic filing system:

Respectfully submitted,
Graciela Dela Torre
653 Wing St
Elgin IL 60123
gmestiza1@gmail.com
630-670-5914
Dated: July 8, 2025