**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| GRACIELA DELA TORRE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NIPPON LIFE INSURANCE COMPANY OF AMERICA; DAVIES LIFE & HEALTH, INC. (f/k/a DMS); and ALLSUP, LLC,<br><br>　　　　Defendants. | Case No.: 25-cv-01483<br><br>Hon. Rebecca R. Pallmeyer |

### <u>DEFENDANT ALLSUP, LLC'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)</u>

Defendant Allsup, LLC ("Allsup"), by and through its undersigned counsel, and for its Motion to Dismiss Plaintiff Garciela Dela Torre's ("Plaintiff") Third Amended Complaint (Doc. 80) pursuant to Federal Rule of Civil Procedure 12(b)(6) states:

　　1.　　The claims against Allsup in Plaintiff's Third Amended Complaint fail as a matter of law and should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) with no leave to replead.

　　2.　　Plaintiff's claim under Section 502(a)(3) of ERISA (Count I) should be dismissed with prejudice because Allsup was not involved with the administration of the Plan at issue in this case but instead simply assisted Plaintiff with her SSDI benefits.

　　3.　　Count II of the Third Amended Complaint which is directed against Allsup includes no allegations against Allsup, and should be dismissed with prejudice. Moreover, HIPAA does not provide for a private cause of action and Plaintiff provides no legal support for her purported "breach of privacy" claim.

4. Plaintiff fails to state a claim for "relief from judgment under Rule 60" (Count III) because no such cause of action exists, and Allsup was not involved with the earlier lawsuit filed by Plaintiff.

5. To the extent Plaintiff asserts claims under Title II of the Americans with Disabilities Act and the due process clauses of the Fifth and Fourteenth Amendments, those claims also fail as a matter of law.

6. A Memorandum of Law in Support of this Motion to Dismiss is being filed contemporaneously with this Motion.

WHEREFORE, Defendant Allsup, LLC respectfully requests, for the reasons stated herein and its Memorandum of Law in Support, that all claims against Allsup asserted in the Third Amended Complaint be dismissed with prejudice with no leave to replead, and that the Court enter any further relief that it deems just and proper.

Dated: July 11, 2025　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By:　*/s/ Robert W. Brunner*
　　　　　　　　　　　　　　　　　　　　　　Robert W. Brunner
　　　　　　　　　　　　　　　　　　　　　　BRYAN CAVE LEIGHTON PAISNER LLP
　　　　　　　　　　　　　　　　　　　　　　161 North Clark Street, Suite 4300
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60601-3315
　　　　　　　　　　　　　　　　　　　　　　(312) 602-5000
　　　　　　　　　　　　　　　　　　　　　　robert.brunner@bclplaw.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Allsup, LLC*

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on July 11, 2025, a copy of the foregoing was served on counsel through the ECF system, and that a copy was served on the following by electronic mail:

Garciela Dela Torre
gmestiza1@gmail.com

                                    */s/ Robert W. Brunner*