UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Graciela Dela Torre
                Plaintiff,

v.                                   Case No.: 1:25−cv−01483
                                                     Honorable Rebecca R. Pallmeyer

Davies Life & Health, Inc., et al.
                Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 11, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff's petition to "remedy unfair CM/ECF notification disparity" notes that the Clerk has been sending duplicate notices to Nippon's attorney, Justin Wax Jacobs. The petition [93] is granted in that the Clerk is directed to limit notices to Mr. Jacobs to a single notification. Plaintiff's motion to compel verification of counsel's medical hardship [95] is denied. The court does not routinely require submission of medical records in support of a request for a continuance. Plaintiff notes that she did provide medical documentation in support of her own difficulties, but those difficulties did not prevent her from initiating this case, or from preparing three complaints since initiating this lawsuit in February; the court thus granted only a limited extension of the time for her to file yet another amended complaint [77]. Ms. Dela Torre's request for a conference with the Executive Committee [96] is denied without prejudice, and the court will forward that request to the court's Executive Committee for the Committee's consideration. Defendant Davies Life & Health's motion for judgment on the pleadings [99] and Defendant Allsup LLC's motion to dismiss [101, 102] are entered and continued for briefing. Plaintiff's responses are due August 22, 2025; replies are due on September 5, 2025. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.