IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRACIELA DELA TORRE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVIES LIFE & HEALTH, INC., formerly ) <br> known as Disability Management Services, Inc., ) <br> NIPPON LIFE INSURANCE COMPANY OF ) <br> AMERICA, and ALLSUP, LLC, ) <br> ) <br> Defendants. ) | Case No. 1:25-cv-01483 <br><br> Honorable Rebcca R. Pallmeyer |

**NOTICE OF DEFENDANT'S (NLI) FAILURE TO RESPOND TO RULE 11 SANCTIONS MOTION (DKT. 57) AND REQUEST FOR PROMPT RULING**

NOW COMES Plaintiff Graciela Dela Torre, appearing pro se, and respectfully notifies this Honorable Court that Defendant Nippon Life Insurance Company of America has failed to respond to Plaintiff's Motion for Rule 11 Sanctions, which was filed on **May 21, 2025** and entered on the docket as **Dkt. 57**. While Defendant's counsel, Justin Wax Jacobs, claimed in Dkt. 90 that an accident on **July 3, 2025** rendered him temporarily unable to perform case duties, that same filing "NIPPON LIFE INSURANCE COMPANY OF AMERICA'S MOTION FOR A TWENTY-ONE (21) DAY EXTENSION OF TIME TO RESPOND TO PLEADINGS" was submitted on **July 7, 2025**, and makes no reference to Plaintiff's sanctions motion. This demonstrates that Defendant remained actively engaged in the case and chose to ignore Dkt. 57, which had been pending for over six weeks prior to the claimed accident. Thus, Defendant's silence cannot be excused by the July 3 incident.

As of the date of this filing, no opposition, response, or notice of intent to oppose has been submitted by Nippon Life or its counsel of record. The motion addresses documented misconduct and procedural irregularities under Rule 11(b) and seeks modest monetary sanctions and remedial measures to protect the integrity of this litigation. Notably, Dkt. 90 Nippon's Motion for Extension of Time was filed after the Rule 11 motion and failed to reference it, thereby waiving any excuse based on the July 3, 2025 accident, especially given Nippon's demonstrated capacity to file responsive pleadings in that timeframe.

Given the passage of time, Defendant's demonstrated ability to file other motions (such as Dkt. 90 on July 7, 2025), and the absence of any responsive pleading or request for extension regarding Dkt. 57, Plaintiff respectfully requests that the Court:

1. **Acknowledge Defendant's non-response** on the record;

2. **Deem the motion unopposed**;

3. **Grant the relief requested in Dkt. 57**, including a **modest sanction in the amount of no less than $1,500**, as appropriate under the facts and applicable rules.

Plaintiff reserves all rights to supplement the record or seek additional relief should further misconduct occur.

Respectfully submitted,

/s/ Graciela Dela Torre
Graciela Dela Torre
653 Wing Street
Elgin, IL 60123
(630) 670-5914
gmestiza1@gmail.com
Pro Se Plaintiff


I CERTIFICATE OF SERVICE I certify that on July 17, 2025, I filed a true and correct copy of this Judicial Notice on all registered parties via the Court's CM/ECF system.

/s/ Graciela Dela Torre
Graciela Dela Torre