**CONFIDENTIAL MEMORANDUM TO THE EXECUTIVE COMMITTEE**
**Submitted Pursuant to the Judicial Conduct and Disability Act of 1980**
**Date: July 18, 2025**

---

**To:**
The Executive Committee
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

**From:**
Graciela Dela Torre
653 Wing St
Elgin, IL 60123
gmestiza1@gmail.com
(630) 670-5914

**Subject:**
Request for Executive Committee Review Under the Judicial Conduct and Disability Act of 1980
Case No. 1:25-cv-01483 — Alleged Procedural Misconduct, Unauthorized Email Access, and Prejudicial Docket Irregularities

---

## I. INTRODUCTION

This memorandum is submitted under the Judicial Conduct and Disability Act of 1980 (28 U.S.C. §§ 351–364), requesting immediate Executive Committee review and intervention regarding judicial irregularities and alleged misconduct in **Case No. 1:25-cv-01483** pending before **Hon. Rebecca R. Pallmeyer**. These events have substantially prejudiced my rights as a **disabled pro se litigant**, undermining my access to due process.

---

## II. SUMMARY OF MISCONDUCT AND PROCEDURAL IRREGULARITIES

1. **Unauthorized Ex Parte Email Access and Use**:
    - On **June 3, 2025**, attorney **Joseph R. Jeffery of Chittenden, Murday & Novotny LLC**, sent an email addressed to "Dear Judge Pallmeyer" but

   - transmitted it to **Susan Kelly Lenburg**, a court staff member whose role remains **unclarified** despite direct inquiry via Dkt. 69.
   - This indirect and **ex parte communication** triggered **unsigned Minute Entries** (Dkts. 65 and 66) that severely prejudiced my filings.

2. **Misuse of Docket 109-1 (Pages 1–2)**:
   - These pages are not relevant to this case, timestamped **February 11, 2025** — prior to the **February 12, 2025** filing date of my complaint.
   - Their presence materially influenced Dkt. 109 and mischaracterized my conduct.

3. **Failure to Docket Key Emails and Selective Filing**:
   - My timely, substantive responses to Mr. Jeffery and Clerk Lenburg were **omitted** from Dkt. 109-1.
   - This created the **false appearance** of Plaintiff non-response.

4. **Pattern of Unsigned Orders and Inaction on Plaintiff Motions**:
   - Nearly all consequential orders (Dkts. 65, 66, 71, 74, 79) lack a judicial signature.
   - My motions for protection, clarification, and pro bono referral (Dkts. 72, 73, 75) were **ignored or dismissed** while Defendant motions proceeded without any kind of exhibit nor evidence of medical hardship.

5. **Dkt. 69 Remains Unanswered**:
   - My formal request that the Court identify who "Susan" is and clarify her procedural authority has never received judicial response.

6. **Suspicious Reassignment Request (Dkt. 24)**:
   - On March 22, 2025, Joseph R. Jeffery filed a motion for reassignment, **before any misconduct issues were formally raised**, suggesting foreknowledge of improper internal access.

---

### III. REQUEST FOR EXECUTIVE COMMITTEE ACTION

Pursuant to 28 U.S.C. §§ 352(b)(1)(A)(iii) and 355, I request the following:

- An **internal investigation** into the role of **Susan Kelly Lenburg**, her access to judicial authority, and email communications.
- A finding of whether the **unsigned orders/minute entries** following ex parte/misleading communications were issued under proper judicial review.
- The **removal or correction** of misused exhibits in Dkt. 109-1 (pages 1–2).
- Formal **response to Dkt. 69**, clarifying the identity and duties of "Susan."
- Consideration of **case reassignment** if impartiality or procedural fairness is compromised.

## IV. ATTACHMENTS

Due to significant hardship and disability limitations, I am unable to attach files directly. However, I respectfully request the Executive Committee retrieve and review the following documents directly from the public docket in Case No. 1:25-cv-01483:

1. Docket Entries: 65, 66, 69, 109, 109-1 (Pages 1–2)
2. June 3, 2025 email from Joseph R. Jeffery to Susan Kelly Lenburg
3. Plaintiff's email replies with clarifications and objections
4. Ignored motions filed at Dkts. 72, 73, 74, 75

These documents are essential for evaluating the misconduct allegations.

**Respectfully submitted,**

/s/ Graciela Dela Torre
Graciela Dela Torre
653 Wing St, Elgin IL 60123
July 18, 2025

**Certificate of Service:**

I hereby certify that a copy of this memorandum has been electronically filed and served through the CM/ECF system.