# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Graciela Dela Torre

                    Plaintiff,

v.                                                                 Case No.: 1:25–cv–01483

                                                                           Honorable Rebecca R. Pallmeyer

Davies Life & Health, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 23, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Nippon has filed a response to Ms. Dela Torre's motion for sanctions, arguing that the motion does not comply with procedural requirements for such a motion and that Ms. Dela Torre's assertions of misconduct on the part of Mr. Jacobs are not true. Defendant has explained the circumstances surrounding its demand for arbitration, an account corroborated by documentary evidence and by Ms. Dela Torre's own submissions. Ms. Dela Torre has leave to file her reply, if any, within 14 days. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.