IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GRACIELA DELA TORRE,<br><br>Plaintiff,<br><br>v.<br><br>NIPPON LIFE INSURANCE COMPANY OF AMERICA; DAVIES LIFE & HEALTH, INC. (f/k/a DMS); and ALLSUP, LLC,<br><br>Defendants. | Case No.: 25-cv-01483<br><br>Hon. Rebecca R. Pallmeyer |

### DEFENDANT ALLSUP, LLC'S MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SANCTIONS

Defendant Allsup, LLC ("Defendant"), by and through its undersigned counsel, and for its Motion for Leave to File Response to Plaintiff Graciela Dela Torre's ("Plaintiff") Motion for Sanctions Pursuant to Rule 11(b), Rule 16(f) and 28 U.S.C. § 1927 brought against counsel for Allsup (Doc. 110) states:

1. On July 15, 2025, Plaintiff filed her baseless Motion for Sanctions against the undersigned counsel (Robert Brunner) for Allsup.

2. Mr. Brunner seeks leave to file a response to the Motion within 14 days, or by August 7, 2025.

3. No party will be prejudiced by the granting of this Motion.

WHEREFORE, Defendant Allsup, LLC respectfully requests that this Motion be granted for the reasons stated herein, that its counsel be allowed up to and including August 7, 2025, to file his response to the Motion for Sanctions, and that the Court enter any further relief that it deems just and proper.

Dated: July 24, 2025                  Respectfully submitted,

                                                 By:    */s/ Robert W. Brunner*
                                                           Robert W. Brunner
                                                           BRYAN CAVE LEIGHTON PAISNER LLP
                                                           161 North Clark Street, Suite 4300
                                                           Chicago, IL 60601-3315
                                                           (312) 602-5000
                                                           robert.brunner@bclplaw.com

                                                *Attorneys for Defendant Allsup, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 24, 2025, a copy of the foregoing was served on counsel through the ECF system, and that a copy was served on the following by electronic mail:

Garciela Dela Torre
gmestiza1@gmail.com

                                                    */s/ Robert W. Brunner*