UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Graciela Dela Torre
                                Plaintiff,

v.                                             Case No.: 1:25–cv–01483
                                                     Honorable Rebecca R. Pallmeyer

Davies Life & Health, Inc., et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 25, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion for leave to file response [120] is granted. Defendant Allsup LLC may respond to Plaintiff's motion for sanctions by August 7, 2025; reply, if any, is due on August 21, 2025. Defendant Nippon is directed to file its response to Plaintiff's motion for TRO [121] also by August 7, 2025; reply in support of that motion is also due on August 21, 2025. Mailed notice. (cp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.