**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

GRACIELA DELA TORRE,                                  Case No.: 1:25-cv-01483

                    Plaintiff,

              v.                                  Hon.  Rebecca R. Pallmeyer

DAVIES LIFE & HEALTH, INC., et al

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X


### NOTICE OF MOTION FOR NIPPON LIFE INSURANCE COMPANY OF AMERICA'S MOTION TO ENFORCE THE COURT'S FEBRUARY 13, 2025 ORDER COMPELLING ARBITRATION BY HOLDING THE PLAINTIFF IN CIVIL CONTEMPT OF COURT PURSUANT TO 18 U.S.C. § 401(3)

Ms. GRACIELA DELA TORRE:


     **PLEASE TAKE NOTICE** that upon the attached affidavit in support of Justin Wax Jacobs, sworn on July 28, 2025, and upon all of the attachments in support therein, Defendant, NIPPON LIFE INSURANCE COMPANY OF AMERICA (hereinafter referred to as "NIPPON"), by and through its undersigned counsel will move this Court, Hon. Rebecca R. Pallmeyer, United States District Court for the Northern District of Illinois, as soon as counsel can be heard, to enforce the Court's February 13, 2025 order compelling the Plaintiff, GRACIELA DELA TORRE (hereinafter referred to as "DELA TORRE"), to arbitrate by holding DELA TORRE in civil contempt of Court pursuant to 18 U.S.C. § 401(3) due to her: 1) refusal to submit and meaningfully engage in the arbitration proceeding currently pending before the American Arbitration Association; and 2) for asserting causes of action in the operative complaint of this lawsuit which are subject to arbitration per the Court's order.

(Signature on Following Page)

Dated: July 28, 2025

Respectfully submitted,

Justin Wax Jacobs

Attorney *Pro Hac Vice* for the Defendant

Nippon Life Insurance Company of America

666 Third Avenue, Suite 2201

New York, New York, 10017

Tel:      646-630-4923

Fax:     212-867-3057

J-WaxJacobs@nipponlifebenefits.com

## **CERTIFICATE OF SERVICE**

I, Justin Wax Jacobs, hereby certify on July 28, 2025, I caused a true and correct copy of the foregoing Notice of Motion to Enforce the Court's February 13, 2025 Order Compelling Arbitration by Holding the Plaintiff in Civil Contempt of Court Pursuant to 18 U.S.C. § 401(3) to be filed electronically with the Clerk of Court via the Court's CM/ECF system and thereby served upon all of the named parties or their representatives.

Justin Wax Jacobs
Attorney *Pro Hac Vice* for the Defendant
Nippon Life Insurance Company of America