**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

--------------------------------X

GRACIELA DELA TORRE,                    Case No.: 1:25-cv-01483

                Plaintiff,

        v.                              Hon. Rebecca R. Pallmeyer

DAVIES LIFE & HEALTH, INC., et al

                Defendant.

--------------------------------X

**NIPPON LIFE INSURANCE COMPANY OF AMERICA'S MOTION TO HAVE THE UNITED STATES MARSHAL OR DEPUTY MARSHAL SERVE THE PLAINTIFF WITH THE NOTICE OF MOTION TO ENFORCE THE COURT'S FEBRUARY 13, 2025 ORDER COMPELLING ARBITRATION BY HOLDING THE PLAINTIFF IN CIVIL CONTEMPT OF COURT PURSUANT TO 18 U.S.C. § 401(3)**

Defendant, NIPPON LIFE INSURANCE COMPANY OF AMERICA (hereinafter referred to as "NIPPON"), by and through its undersigned counsel submits this motion to have the United States Marshal or Deputy Marshal serve the Plaintiff, GRACIELA DELA TORRE (hereinafter referred to as "DELA TORRE"), with its notice of motion, and the motion's supporting papers, to enforce the Court's February 13, 2025 order compelling arbitration by holding DELA TORRE in civil contempt of Court pursuant to 18 U.S.C. § 401(3). In support, states:

    1.    The Northern District of Illinois' local rule 37.1 requires that a proceeding to adjudicate a person in civil contempt of court shall be commenced by the service of a notice of motion. L.R. 37.1. The local rule also requires that service of the notice of motion be made personally, in the manner provided for by Federal Rule of Civil Procedure (FRCP) Rule 4 for the service of summons when the alleged contemnor has appeared without an attorney.

2.	At a Party's request, FRCP Rule 4(c)(3) allows the Court to order that service be made by a United States Marshal or Deputy Marshal. The Court must so order service by the United States Marshal's office if the plaintiff is authorized to proceed in *forma pauperis*.

3.	NIPPON intends to initiate a civil contempt proceeding against the Plaintiff, DELA TORRE, for violations of the Court's February 13, 2025 order compelling arbitration. *Dela Torre v. Nippon Life Insurance Company of America*, 1:22-cv-07059 at Dkt. 95 (N.D.Ill 2025). A notice of motion, an affidavit in support, and supporting exhibits were filed as docket 129 in the above captioned case.

4.	DELA TORRE is a resident of Elgin, Illinois, whose address is 653 Wing Street, Elgin, IL 60123.

5.	DELA TORRE was authorized to proceed *forma pauperis* in this lawsuit. As demonstrated throughout this lawsuit, DELA TORRE has a history of disputing and challenging the service and notification of legal papers.

6.	Service by the U.S. Marshal's office would guarantee proper and irrefutable service of NIPPON's notice of motion to commence a civil contempt proceeding which would be more efficient for the Parties and the Court.

7.	As such, NIPPON respectfully moves this Court to so order that service of its motion to commence a civil contempt proceeding be served on DELA TORRE by the United States' Marshal or Deputy Marshal.

8.	No party in this proceeding would be prejudiced by the U.S. Marshal's office effectuating service on DELA TORRE.

WHEREFORE, DEFENDANT, NIPPON LIFE INSURANCE COMPANY OF AMERICA, respectfully requests that this motion be granted for the reasons stated herein, that the Court so order the U.S. Marshal or Deputy Marshall to serve DELA TORRE with NIPPON's notice of motion to commence a civil contempt proceeding, and its supporting documents.

Dated: July 28, 2025

                                                Respectfully submitted,

                                                _____

                                                Justin Wax Jacobs

                                                Attorney *Pro Hac Vice* for the Defendant

                                                Nippon Life Insurance Company of America

                                                666 Third Avenue, Suite 2201

                                                New York, New York, 10017

                                                Tel:    646-630-4923

                                                Fax:    212-867-3057

                                                J-WaxJacobs@nipponlifebenefits.com

**CERTIFICATE OF SERVICE**

I, Justin Wax Jacobs, hereby certify on July 28, 2025, I caused a true and correct copy of the foregoing Motion to Set the Safe Harbor Period for Rule 11(c) Motions to Ten (10) Days to be filed electronically with the Clerk of Court via the Court's CM/ECF system and thereby served upon all of the named parties or their representatives.

*Justin Jacobs*

Justin Wax Jacobs

Attorney *Pro Hac Vice* for the Defendant

Nippon Life Insurance Company of America