UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Graciela Dela Torre

                    Plaintiff,

v.                                         Case No.: 1:25–cv–01483
                                                  Honorable Rebecca R. Pallmeyer

Davies Life & Health, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 30, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Defendant Nippon Life Insurance Company's motion for service by the United States Marshals Service [130] is granted. The Marshals are directed to serve Ms. Dela Torre at the address provided by Defendant, upon payment of the appropriate service fees. With respect to Plaintiff's motion for sanctions [110], Nippon reported that Plaintiff failed to serve Nippon in accordance with the Rule 11(c)(2) safe harbor provision [118]. Her motion to strike Nippon's purportedly untimely response to the motion for sanctions [123] is therefore denied, and her reply in support of that motion remains due on August 6, as previously ordered [119]. With respect to her motion to strike Defendant Allsup, LLC's motion to dismiss, the court directs the Clerk to mail a copy of that motion and the supporting memorandum [101, 102] to Plaintiff at her address of record. This will cure any purported lack of notice, and the motion to strike [124] is therefore denied. On its own motion, the court extends the date for Plaintiff's response to Allsup's motion [101] and to the Davies motion to dismiss [99, 100], to August 29, 2025; replies will be due September 12, 2025. Plaintiff's emergency motion for a temporary restraining order [121] is entered and continued. Defendant Nippon has responded to that motion [128]. Plaintiff's reply, if any, shall be filed no later than August 11, 2025. Defendant Nippon's motion to enforce the court's order compelling arbitration [129] is entered and continued. The court will set a briefing schedule on that motion promptly on notice that Plaintiff has been served by the United States Marshal. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.