**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

---------------------------------X

GRACIELA DELA TORRE,          Case No.: 1:25-cv-01483

         Plaintiff,

        v.          Hon. Rebecca R. Pallmeyer

DAVIES LIFE & HEALTH, INC., et al

         Defendant.

---------------------------------X


**NIPPON LIFE INSURANCE COMPANY OF AMERICA'S NOTICE OF MOTION TO JOIN OPENAI, INC. AS A REQUIRED PARTY PURSUANT TO FRCP RULE 19, OR ALTERNATIVELY AS A PERMISSIVE PARTY PURSUANT TO FRCP RULE 20**

    PLEASE TAKE NOTICE that Defendant, NIPPON LIFE INSURANCE COMPANY OF AMERICA (hereinafter referred to as "NIPPON"), by and through its undersigned counsel will move this Court, before the Honorable Rebecca R. Pallmeyer, United States District Court for the Northern District of Illinois, as soon as counsel can be heard, for an order joining OpenAI, Inc. as a counterclaim-Defendant required party pursuant to Federal Rule of Civil Procedure Rule 19, or alternatively as a permissive party pursuant to Federal Rule of Civil Procedure Rule 20, in this case based on the Memorandum of Law in Support and its attached exhibits therein contemporaneously filed with this Notice, and for other and further relief as the Court deems just and proper.

Dated: August 4, 2025          Respectfully submitted,

                                                               /s/ Justin Wax Jacobs
                                                               Justin Wax Jacobs
                                                               Attorney *Pro Hac Vice* for the Defendant
                                                               Nippon Life Insurance Company of America
                                                               666 Third Avenue, Suite 2201
                                                               New York, New York, 10017
                                                               Tel:     646-630-4923
                                                               Fax:     212-867-3057
                                                               J-WaxJacobs@nipponlifebenefits.com

## **CERTIFICATE OF SERVICE**

I, Justin Wax Jacobs, hereby certify on August 4, 2025, I caused a true and correct copy of the foregoing Notice of Motion to Join OpenAI, Inc. as a Required Party Pursuant to FRCP Rule 19 or alternatively as a Permissive Party Pursuant to FRCP Rule 20 to be filed electronically with the Clerk of Court via the Court's CM/ECF system and thereby served upon all of the named parties or their representatives.

                                                               /s/ Justin Jacobs
                                                               _____
                                                               Justin Wax Jacobs
                                                               Attorney *Pro Hac Vice* for the Defendant
                                                               Nippon Life Insurance Company of America