



## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| GRACIELA DELA TORRE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:25-cv-01483 |
| DAVIES LIFE & HEALTH, INC., formerly known as Disability Management Services, Inc., NIPPON LIFE INSURANCE COMPANY OF AMERICA, and ALLSUP, LLC, | ) Honorable Rebcca R. Pallmeyer |
| Defendants. | ) |

**PLAINTIFF'S EMERGENCY MOTION FOR EVIDENTIARY HEARING ON DOCUMENT FABRICATION AND FOR SANCTIONS AGAINST JUSTIN WAX JACOBS/NLI**

Plaintiff Graciela Dela Torre, pursuant to Federal Rules of Evidence 104(a), 702, Federal Rules of Civil Procedure 43(c), and the Court's inherent authority, hereby moves for an evidentiary hearing to address Defendant's submission of forged evidence. In support of this motion, Plaintiff states as follows:

### I. INTRODUCTION

Defendant, through counsel Justin Wax Jacobs, has submitted fabricated evidence to support the Defendant's counterclaims & motion for Sanctions including, but not :

- **Dkt. 139:** Irregularities in pages: 13, 14, 15, 16, 17, 18, 19, 20 & 28.
- **Dkt. 118-2 (emails):** These emails contain a forged signature block with an artificial hyperlink ([../Word/...])
- **Dkt. 44-5 (declaration):** The declaration includes perjured testimony concerning a non-existent document delivery.

An evidentiary hearing is necessary to examine witnesses, authenticate documents, and impose terminating sanctions.

## II. FACTS DEMANDING HEARING

### A. Hyperlink Forgery in Dkt. 118-2

The signature block in the email from Inaga shows the following hyperlink: [../Word/www.nipponlifebenefits.com]www.nipponlifebenefits.com.

- ➢ **Proof of Tampering**: The use of "[../Word/]" is a local file path artifact, indicating the email was copied and pasted from a Word document (not an authentic Outlook signature).

- ➢ **Exhibit**: A up & down comparison of the email in question with a genuine corporate email reveals that the hyperlink appears as raw text, confirming the forgery.

### B. FedEx Fraud

In Dkt. 44-5, Defendant claims that a document was delivered to Elgin, Illinois on January 30, 2025.

- ➢ **FedEx Official Record** (Exhibit): The tracking number 771746411777 shows delivery to Schaumburg, Illinois on February 25, 2025.

### C. Signature Mismatch

- ➢ **Dkt. 118-2**: The signature of "Junko Inaga" in the emails appears in a different shade of blue, and the name in Japanese characters (イナガ・ジュンコ) with distorted formatting.

- ➢ **Dkt. 44-5**: The signature on the declaration is typed, anybody could use this kind of typed signature.

## III. LEGAL BASIS FOR HEARING

- ➢ **FRE 104(a)**: The Court must resolve factual disputes regarding the authenticity of evidence, including forgery.

- ➢ **FRE 702**: Expert testimony is required to evaluate the digital tampering of the evidence in question.

- ➢ **Fraud on the Court**: The requested hearing is necessary to assess whether the Defendant's actions were willful and to preserve the integrity of the judicial process, as discussed in *Chambers v. NASCO, Inc.*, 501 U.S. 32, 44–46 (1991).

## IV. REQUESTED HEARING PROCEDURE

### A. Witnesses to be Examined

1. **Junko Inaga**: To testify about email signature protocols and FedEx shipments.
2. **Justin Wax Jacobs**: To explain the creation and/or editing of Dkt. 118-2 & 139.
3. **Digital Forensics Expert**: To provide live analysis of the metadata for Dkt. 118-2 & 139.

### B. Evidence to be Compelled

1. Native .msg files for the emails in Dkt. 118-2, with full headers. Original screenshots in Dkt. 139.
2. Inaga's Outlook signature template from January 2025 (or relevant IT backup).
3. FedEx's internal audit logs for tracking number 771746411777.

### C. Proposed Timeline

- Document production to be completed within 14 days of the Court's order.
- The hearing to take place within 30 days of the Court's order.

## V. REQUESTED RELIEF

Plaintiff requests the following relief during and after the evidentiary hearing:

### During the Hearing:

- Exclude Dkts. 44-5, 118-2 and 139 as fraudulent under FRE 901 (authentication).
- Enter an adverse inference that no arbitration demand was served by the Defendant.

### Post-Hearing:

- Strike the Defendant's counterclaims pursuant to FRCP 12(f).
- Terminate Defendant's right to defend against Plaintiff's claims.
- Award Plaintiff's costs and legal fees under 28 U.S.C. § 1927 or applicable rule.
- Refer Justin Wax Jacobs for disciplinary action to the appropriate authority.

## VI. CONCLUSION

The Defendant's fabrication of evidence requires immediate judicial attention. An evidentiary hearing is the only means to fully address this fraud and ensure the integrity of the judicial process. Plaintiff respectfully requests that the Court grant this Motion and schedule the hearing as outlined.

**Dated:** August 1, 2025

**Respectfully submitted,**
/s/ Graciela Dela Torre
Graciela Dela Torre, Pro Se
653 Wing Street, Elgin, IL 60123
(630) 670-5914
gmestiza1@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2025, I electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

**/s/ Graciela Dela Torre**

**ATTACHMENT SCREESHOTS SHOWING FORGERY/MANIPULATION**

(Next Page)

- Dkt. 139: Page 13: Image of URL looks inserted into the footer,



- Dkt. 139: Page 14: URL is identical to Page 13, appears as a different size image



- Dkt. 139: 15: **Suspicious: GPT screenshots always show a URL unless cropped or edited,**



- Dkt. 139: 16: **Suspicious: GPT screenshots always show a URL unless cropped or edited,**



- Dkt. 139: Page 17: URL is identical to Page 13, appears as a different size image



- Dkt. 139: 18: URL is identical to Page 13, appears as a different size image



- Dkt. 139: 19: URL is identical to Page 13, appears as a different size image



➢ Dkt. 139: 20: URL is identical to Page 13, appears as a different size image



➢ Dkt. 139: 28: URL is identical to Page 13, appears as a different size image



# Exhibit

**Dkt. 118-2 Up-&-Down signature comparison**

7/20/25, 1:50 PM Case: 1:25-cv-01483 Document #: 118-2 Filed: 07/21/25 Page 3 of 6 PageID #:765    Mail - Wax Jacobs, Justin (NY) - Outlook

Junko Inaga
イナガ・ジュンコ
Receptionist / Office Assistant
Nippon Life Insurance Company of America
666 Third Avenue, Suite 2201
New York, NY 10017-9113
Cell: 614-314-7643
E-mail: j-inaga@nipponlifebenefits.com
[../Word/www.nipponlifebenefits.com]www.nipponlifebenefits.com ❌

Best,
Justin Wax Jacobs
ジャスティン　ワックス　ジェイコブス
Assistant General Counsel

Nippon Life Benefits
666 Third Avenue, Suite 2201
New York, NY 10017
Mobile: 646-630-4923
Fax: 212-867-3057
E-mail: j-waxjacobs@nipponlifebenefits.com

◆ Nippon Life Benefits
www.nipponlifebenefits.com ✓

**Dkt. 118-2 Up-&-Down header comparison genuine vs forged email**



**FedEx proof-of-delivery (Tracking #771746411777)**



**Map: Elgin, IL to Schaumburg, IL (32 miles)**

