UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Graciela Dela Torre
                            Plaintiff,

v.                                            Case No.: 1:25−cv−01483
                                                                Honorable Rebecca R. Pallmeyer

Davies Life & Health, Inc., et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 7, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff has reported that her access to PACER has been limited or even denied (see, e.g., [92], [94], [131], [132]). Apart from some reported delays in documents appearing in the docket, however, she has not advised of the specific issue she faces. The court notes, further, that Ms. Dela Torre has had no apparent difficulty in filing dozens of documents on the docket, often multiple filings in a single day. Should she need more information about PACER, or want to register for the court's on−line class, Ms. Dela Torre is encouraged to consult the quick reference guide on our court's website: https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_cmecf/quick_reference_0611a.pdf. A link to the court's Training Program appears on page 4. If Plaintiff's PACER access has been fully locked, she should contact 1−800−676−6856 or http://www.pacer.psc.uscourts.gov/register.html for assistance. PACER does not charge users for the first view of any document they seek to access, and the document can be printed at this first view. After the "one free view," PACER does impose charges if a user attempts to review a document multiple times. The petitions "for relief due to PACER access denial" [92]. [94] are denied, as any denial has not prevented Plaintiff from litigating this case aggressively. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.