

BC

FILED JKS
8/6/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRACIELA DELA TORRE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:25-cv-01483 |
| DAVIES LIFE & HEALTH, INC., formerly known as Disability Management Services, Inc., NIPPON LIFE INSURANCE COMPANY OF AMERICA, and ALLSUP, LLC, | ) Honorable Rebecca R. Pallmeyer |
| Defendants. | ) |

## URGENT MOTION FOR RETROACTIVE EMAIL SERVICE OF FILINGS

**TO THE HONORABLE COURT:**

Plaintiff Graciela Dela Torre, *pro se,* respectfully moves this Court for an order:

1. **Retroactively** compelling Defendants to email copies of all previously filed documents to Plaintiff at gmesitza1@gmail.com

2. **Prospectively** requiring email service of all future filings.

### I. REQUESTED RETROACTIVE RELIEF

Plaintiff requests Defendants be ordered to email:
✓ All motions, briefs, and exhibits filed to date
✓ All minute orders and court notices

### II. GROUNDS FOR RETROACTIVE RELIEF

**A. Prejudice from Lack of Access**
Plaintiff has been prejudiced by:

- **Delayed receipt** of mailed filings (7-10 day lag)

- **The Risk of Inability to respond timely** to motions

- **The Risk of Missing critical deadlines** due to mail delays

**B. Prior Notice to Court**

Plaintiff's accessibility needs were documented in:

- Dkt. 92 (Notice of PACER Access Barriers)
- Dkt. 94 (Request for Accommodations)

**C. Minimal Burden on Defendants**

Emailing existing filings would:

- Require minimal time/expense, as they are reality available
- Use documents already in Defendants' possession
- Prevent further prejudice to Plaintiff

### III. LEGAL BASIS

1. **Court's Equitable Powers** (Fed. R. Civ. P. 60(b)(6))
2. **ADA Obligations** (42 U.S.C. § 12132)
3. **Local Rule 5.3(f)** (Alternative Service Methods)

### IV. CONCLUSION

For the reasons stated above, Plaintiff respectfully requests the Court grant this retroactive and prospective relief.

**Respectfully submitted,**
**/s/ Graciela Dela Torre**
Graciela Dela Torre
653 Wing St, Elgin IL 60123
Gmestiza1@gmail.com
630-670-5914

### CERTIFICATE OF SERVICE

I, Graciela Dela Torre, hereby certify that on August 6, 2025, I attempted to file this document electronically via the Court's CM/ECF system, but due to ongoing PACER access limitations, since on or before June 9, 2025, I am submitting it via the Court's Pro Se Email Filing System as an alternative.

**PACER Access Issues:**

1) Locked Out: My PACER account has been inaccessible due to non payment, preventing me from reviewing docket updates promptly. (Unaddressed Dkt 93 & 94)
2) Filing Delays: Documents I submit via email filing sometimes take up to 5 days to appear on the docket (e.g., Dkt. 80, sent 06/12/25, received 06/13/25 but docketed 06/18/25).
3) Blindfolded Litigation: These delays deprive me of real-time access to opposing filings, forcing me to litigate at a severe disadvantage and send duplicated filings.
4) Despite these challenges, I am doing my utmost to comply with all deadlines and procedures

**Executed this 6th of August of 2025.**