# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Graciela Dela Torre

                Plaintiff,

v.                                                   Case No.: 1:25–cv–01483

                                                          Honorable Rebecca R. Pallmeyer

Davies Life & Health, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 8, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: PACER access should eliminate the need for Plaintiff to receive additional email service of filings. The Urgent Motion for retroactive email service [152] is denied without prejudice pending confirmation that Ms. Dela Torre has sought PACER training as directed. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.