IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **GRACIELA DELA TORRE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-01483 |
| | ) | |
| **DAVIES LIFE & HEALTH, INC.,** formerly | ) | Honorable Rebecca R. Pallmeyer |
| known as Disability Management Services, Inc., | ) | |
| **NIPPON LIFE INSURANCE COMPANY OF** | ) | |
| **AMERICA, and ALLSUP, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DAVIES LIFE & HEALTH, INC.'S MOTION TO FILE
RESPONSE TO PLAINTIFF'S MOTIONS FOR SANCTIONS *INSTANTER***

Defendant, Davies Life & Health, Inc., formerly known as Disability Management Services, Inc. ("Davies L&H"), by and through its attorneys, respectfully requests that this Court enter an Order granting it leave to file the attached Response to Plaintiff's Motions for Sanctions Against Counsel for Davies Life & Health *instanter*. In support of this Motion, Davies L&H states as follows:

1. Plaintiff filed two motions at ECF Nos. 110 and 117 seeking sanctions against counsel for Davies L&H based on a June 3, 2025 email he sent to Court staff, Plaintiff, and counsel for the other defendants.

2. Plaintiff's assertions are baseless and procedurally deficient and Davies L&H requests the opportunity to respond to Plaintiff's motions by filing the Response to Plaintiff's Motions for Sanctions Against Counsel for Davies Life & Health, attached hereto as Exhibit 1, *instanter*.

3. No party will be prejudiced by the granting of this Motion.

#3006925v1

**WHEREFORE,** Defendant, Davies Life & Health, Inc., respectfully requests that this Court enter an Order granting it leave to file the attached Response to Plaintiff's Motions for Sanctions Against Counsel for Davies Life & Health *instanter*, and for such other relief as this Court deems just and proper.

Respectfully submitted,

**DAVIES LIFE & HEALTH, INC.**

By:    /s/ Joseph R. Jeffery
      One of Its Attorneys

Joseph R. Jeffery
CHITTENDEN, MURDAY & NOVOTNY, LLC
303 W. Madison Street, Suite 2400
Chicago, IL 60606
T: 312-281-3600
F: 312-281-3678
jjeffery@cmn-law.com

*Attorney for Davies Life & Health, Inc.*

#3006925v1

## CERTIFICATE OF SERVICE

I hereby certify that on this **8th day of August, 2025**, I electronically filed the foregoing **Motion for Leave to File Response to Plaintiff's Motions for Sanctions *Instanter*** with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system, which sent notification of such filing to the CM/ECF registered participants:

| | |
|---|---|
| Robert W. Brunner, Esq.<br>Bryan Cave Leighton Paisner, LLC<br>161 N. Clark Street, Suite 4300<br>Chicago, Illinois 60613<br>Robert.brunner@bclplaw.com<br><br>*Attorney for Allsup, LLC* | Justin Wax Jacobs, Esq.<br>Nippon Life Insurance Company of America<br>666 Third Avenue, Suite 2201<br>New York, NY 10017<br>j-waxjacobs@nipponlifebenefits.com<br><br>*Attorney for Nippon Life Insurance Company* |

and that a true and correct copy was served upon the following parties via email and U.S. Mail:

Graciela Dela Torre
653 Wing St.
Elgin, IL 60123
Gmestiza1@gmail.com

Plaintiff*, Pro Se*

                                               */s/ Joseph R. Jeffery*
                                           CHITTENDEN, MURDAY & NOVOTNY LLC
                                           303 West Madison Street, Suite 2400
                                           Chicago, Illinois 60606
                                           P: 312.281.3600
                                           F. 312.281.3678
                                           jjeffery@cmn-law.com

#3006925v1