# Exhibit A

 Outlook

## FW: 件名: 荷物番号771746411777に関する重要なお知らせ – 確認のお願い

**From** Inaga, Junko (NY) <j-inaga@nipponlifebenefits.com>
**Date** Mon 8/11/2025 2:23 PM
**To** Wax Jacobs, Justin (NY) <J-WaxJacobs@nipponlifebenefits.com>

 1 attachment (479 KB)
Screenshot_20250802-105651.png;

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**From:** "Gracie Dlt" <gmestiza1@gmail.com>
**Date:** 08/05/2025 at 02:30 pm
**To:** <j-inaga@nipponlifebenefits.com>,"Gracie Dlt" <gmestiza1@gmail.com>
**Subject:** 件名: 荷物番号771746411777に関する重要なお知らせ – 確認のお願い

稲垣純子様

お世話になっております。

FedExより最新の連絡（サポ,トチケット番号: C-199697842 Ref-11952）を受け、追跡番号771746411777 の荷物について、徹底的な調査が行われたものの所在が確認できず、残念ながら「紛失」として扱われることになりました。FedExより発送元（貴社）へご連絡いただくよう指示がありました。

つきましては、貴社の記録を更新いただくとともに、本メルへの返信にて内容確認をお願いいたします。また、今後の対応が必要な場合には、こちらからサポト可能ですのでお知らせください。

ご不便をおかけし大変申し訳ございませんが、何かご不明点がございましたらお気軽にご連絡ください。

どうぞよろしくお願い申し上げます。

敬具
Thank you
Sincerely Gracie San :)