UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Graciela Dela Torre
                Plaintiff,

v.                                   Case No.: 1:25−cv−01483
                                    Honorable Rebecca R. Pallmeyer

Davies Life & Health, Inc., et al.
                Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, August 11, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff has moved for sanctions against all three Defendants [110] in this case. With respect to Defendant Nippon, Plaintiff contends Nippon has made false statements about service of its demand for arbitration. Her reply in support of this motion [158] includes a copy of a "FedEx Support Ticket" that she believes demonstrates the "shipment [of the arbitration demand] has not been located." But Plaintiff herself has a copy of a label image showing that she did receive the demand on or around January 30, 2025. Nippon has amply demonstrated [118] that its declaration concerning service of that demand was not in fact false, and there can be no dispute that Plaintiff has had timely notice of the demand, so there is no apparent prejudice resulting from statements Plaintiff claims to be false. Nor is a sanction warranted for Defendant Allsup or Davies's e−mail communications to Plaintiff. Plaintiff insists these communications violate Judge Chang's standing order. Whether or not that order remains in effect, and whether or not it was violated, a request for sanctions for what appears to be an effort at courtesy is frivolous. The motion for sanctions [110] is denied. An in−person hearing on remaining motions in this case remains set for August 28, 2025, at 11:30 a.m. Mailed notice. (cp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.