UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Graciela Dela Torre
                                        Plaintiff,

v.                                                                   Case No.: 1:25−cv−01483
                                                                      Honorable Rebecca R. Pallmeyer

Davies Life & Health, Inc., et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 13, 2025:

       MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff's motion for judicial notice, for clarification, for a limited stay and for abeyance of PACER training requirement [165] is granted in part and denied in part. The court takes notice of the order entered in 22 C 7059 granting the motion to compel arbitration and confirms that the order compelling arbitration is enforceable without the need to reopen the case. The court has reviewed the information furnished by Plaintiff concerning a FedEx shipment, but stands by its determination that Plaintiff has been provided adequate notice of the Nippon's filings and is not prejudiced by any discrepancy in FedEx's records. Recognizing that Plaintiff reportedly suffers from impairments, the court nevertheless denies her request for a limited stay and relief from the direction that she seek PACER training. Despite her limitations, Plaintiff has been able to file dozens of pleadings, often several in a single day. She can continue to do so without PACER training if that is her preference. Delay in resolution of this case will indeed prejudice Defendants. They have been required to review and respond to these multiple pleadings, which include unsupported accusations of misconduct on the part of their attorneys. Such accusations can have an unfair and damaging effect on counsel's professional reputation and militate in favor of a prompt resolution of this case. Plaintiff reports she wishes to retain counsel. She is encouraged to do so promptly. This case remains set for hearing on August 28, 2025, at 11:30 a.m. Plaintiff is advised that it is improper for her to contact employees of a party represented by counsel. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at ***www.ilnd.uscourts.gov***.