UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Graciela Dela Torre

                    Plaintiff,

v.                                                     Case No.: 1:25−cv−01483
                                                                 Honorable Rebecca R. Pallmeyer

Davies Life & Health, Inc., et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 14, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer:In response to the court's order denying Plaintiff's motion for sanctions [163], Plaintiff has submitted a "Notice of Voluntary Dismissal of Non−Merits Motions." It appears the motion was submitted prior to the court's ruling on Plaintiff's motion for judicial notice [168]. The Notice of Voluntary Dismissal [163] withdraws a number of motions "not addressing the merits of [Plaintiff's] post settlement claims." Plaintiff has not specifically identified each such motion, but pursuant to the court's understanding of her request, the Clerk is directed to terminate the following requests for relief: [47] [57], [104], [114], [117], [121], [131], [132], and [137]. This case remains set for hearing on August 28 on remaining pending motions. Plaintiff's motion [166] also asks leave to submit medical information set forth in "Exhibit A" under seal. That request is granted, but the court notes that "Exhibit A" has not in fact been filed with the court. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.