# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Graciela Dela Torre

                      Plaintiff,

v.                                                  Case No.: 1:25−cv−01483

                                                          Honorable Rebecca R. Pallmeyer

Davies Life & Health, Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 21, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff Dela Torre seeks a 21−day continuance to allow her to "review and revise previous filings for clarity and precision," respond to pending motions, and continue her search for counsel. This case has been pending since February 2025, however, and the court believes the settlement agreement Ms. Dela Torre now seeks to challenge requires arbitration of her dispute. She is free to seek guidance from counsel or from the arbitrator, but this federal case is ripe for resolution. The motion for an extension of time [170] is denied. A hearing remains set for August 28, 2025 at 11:30 a.m., at which time Plaintiff may hand−deliver any documents. Her reference to Exhibit A as part of Docket No. 154 is puzzling, as 154 is a submission by Defendant Allsup. As the court has denied Plaintiff's motion for sanctions on the merits [163], her request for permission to withdraw her motion for sanctions is moot. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.