# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Graciela Dela Torre

                         Plaintiff,

v.                                     Case No.: 1:25–cv–01483

                                     Honorable Rebecca R. Pallmeyer

Nippon Life Insurance Company of America, et al.

                         Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 28, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: In open court, Plaintiff withdraws her claims against Defendants Davies Life & Health, Inc., and Allsup, LLC. Motions relating to those claims [99], [101], [102] are stricken. Counsel for the remaining Defendant (Nippon Life Insurance Company of America) will confer to seek a resolution of Plaintiff's claims against Nippon and Nippon's request for relief via arbitration. Plaintiff and Nippon are directed to file a written status report within 21 days; pending motions are stayed pending receipt of that report. Plaintiff's motion for joinder of OpenAI is entered and continued for briefing as follows: Response is due by 10/16/2025; and reply is due by 11/7/2025. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.