**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

--------------------------------X

GRACIELA DELA TORRE,                                  Case No.: 1:25-cv-01483

                Plaintiff,

           v.                                            Hon. Rebecca R. Pallmeyer

DAVIES LIFE & HEALTH, INC., et al

                Defendant.

--------------------------------X

**NOTICE OF MOTION FOR NIPPON LIFE INSURANCE COMPANY OF AMERICA'S
MOTION TO ENFORCE THE COURT'S FEBRUARY 13, 2025 ORDER COMPELLING
ARBITRATION BY HOLDING THE PLAINTIFF IN CIVIL CONTEMPT OF COURT
PURSUANT TO 18 U.S.C. § 401(3)**

Ms. GRACIELA DELA TORRE:

     **PLEASE TAKE NOTICE** that upon the attached affidavit in support of Justin Wax Jacobs, sworn on January 6, 2026, and upon all of the attachments in support therein, Defendant, NIPPON LIFE INSURANCE COMPANY OF AMERICA (hereinafter referred to as "NIPPON"), by and through its undersigned counsel will move this Court, Hon. Rebecca R. Pallmeyer, United States District Court for the Northern District of Illinois, as soon as counsel can be heard, to enforce the Court's February 13, 2025 Order compelling the Plaintiff, GRACIELA DELA TORRE (hereinafter referred to as "DELA TORRE"), to arbitrate, and the Court's subsequent directives to DELA TORRE to arbitrate, by holding DELA TORRE in civil contempt of Court pursuant to 18 U.S.C. § 401(3), and any other remedy the Court deems just and fair, due to her refusal to pay the required $2,750 Arbitrator's compensation fee to the American Arbitration Association (AAA) which has lead to the suspension of the arbitration between the Parties and possible dismissal of the arbitral case.

                                   (Signature on Following Page)

Dated: January 6, 2026

        Respectfully submitted,

        */s/ Justin Jacobs*
        _____
        Justin Wax Jacobs

        Attorney *Pro Hac Vice* for the Defendant

        Nippon Life Insurance Company of America

        666 Third Avenue, Suite 2201

        New York, New York, 10017

        Tel:    646-630-4923

        Fax:   212-867-3057

        J-WaxJacobs@nipponlifebenefits.com

## **CERTIFICATE OF SERVICE**

I, Justin Wax Jacobs, hereby certify on January 6, 2026, I caused a true and correct copy of the foregoing Notice of Motion to Enforce the Court's February 13, 2025 Order Compelling Arbitration by Holding the Plaintiff in Civil Contempt of Court Pursuant to 18 U.S.C. § 401(3) to be filed electronically with the Clerk of Court via the Court's CM/ECF system and thereby served upon all of the named parties or their representatives.

/s/ Justin Jacobs
_____
Justin Wax Jacobs
Attorney *Pro Hac Vice* for the Defendant
Nippon Life Insurance Company of America