
**BC**

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**FILED**
3/15/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
LJ

| | |
|---|---|
| GRACIELA DELA TORRE, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:22-cv-07059 |
| | ) |
| NIPPON LIFE INSURANCE COMPANY | ) |
| OF AMERICA, | ) |
| Defendant. | ) |
| _____ | ) |

**AND CONSOLIDATED WITH**

| | |
|---|---|
| GRACIELA DELA TORRE, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:25-cv-01483 |
| | ) |
| NIPPON LIFE INSURANCE COMPANY | ) |
| OF AMERICA, et al., | ) |
| Defendants. | ) |
| _____ | ) |

**NOTICE OF FILING**

NOTICE OF LIMITED ASSISTANCE

I, Graciela Dela Torre, am a disabled person proceeding pro se. I am currently experiencing a fibromyalgia flare-up and associated cognitive difficulties. I received limited, non-legal organizational assistance to format this document. The contents were read aloud to me. I understand, approve, and adopt this filing as my own.

TO THE HONORABLE JUDGE AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that pro se Plaintiff, Graciela Dela Torre, has this day filed with the Court the following document:

PLAINTIFF'S MOTION TO COMPEL THE COURT TO EXERCISE ITS INHERENT AUTHORITY AND TO REFER EVIDENCE OF FEDERAL CRIMES BY DEFENDANT NIPPON LIFE INSURANCE COMPANY OF AMERICA AND ITS COUNSEL JUSTIN WAX JACOBS TO THE UNITED STATES DEPARTMENT OF JUSTICE

This filing is made in both Case No. 1:22-cv-07059 and Case No. 1:25-cv-01483, as this Court has already recognized the relationship between these proceedings. See Minute Entry dated March 4, 2026 (Dkt. 204 in Case No. 1:25-cv-01483) (explicitly citing documents from Case No. 1:22-cv-07059, including Docket Nos. 34 and 94).

A true and correct copy of the foregoing motion is being filed electronically with the Clerk of Court and will be served upon all counsel of record through the CM/ECF system.

CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2026, a true and correct copy of the foregoing Notice of Filing was filed electronically with the Clerk of Court via pro se box which will send notification of such filing to all counsel of record in both Case No. 1:22-cv-07059 and Case No. 1:25-cv-01483

Respectfully submitted,
/s/ Graciela Dela Torre
Graciela Dela Torre, Pro Se
653 Wing Street
Elgin, IL 60123
(630) 670-5914
gmestiza1@gmail.com
Dated: March 15, 2026