**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**


Graciela Dela Torre

                    Plaintiff,

v.

Nippon Life Insurance Company of America,
et al.

                    Defendant.

Case No.: 1:25–cv–01483

Honorable Rebecca R. Pallmeyer


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, March 19, 2026:


      MINUTE entry before the Honorable Rebecca R. Pallmeyer: This case has been dismissed. Plaintiff's repeated efforts to reopen or challenge the result of this litigation (or of the earlier litigation she recognizes is related, No. 22 C 7059), and her allegations of misconduct on the part of opposing counsel appear to be baseless or irrelevant. Plaintiff made a baseless and demonstrably false allegation against her own previous attorneys in that earlier litigation, as demonstrated at a lengthy evidentiary hearing this court convened. The court now strikes her requests for judicial notice [205, 207, 209] and her motion asking the court to refer Mr. Jacobs for criminal investigation [208]. The court reminds Plaintiff that her remedy for decisions she views as incorrect is an appeal, not further filing in this court. The court again warns that further frivolous challenges will result in a recommendation that the Executive Committee of his court impose a filing restriction. Mailed notice. (cp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **_www.ilnd.uscourts.gov_**.