## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Graciela Dela Torre

                              Plaintiff,

v.                                          Case No.: 1:25–cv–01483

                                            Honorable Rebecca R.
                                            Pallmeyer

Nippon Life Insurance Company of America,
et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 3, 2026:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff Graciela Dela Torre has filed yet another motion this one, seeking a find of civil contempt and "order to compel payment of arbitration fees." She contends Defendant is quot;in civil contempt for willful failure to comply with this Court's orders compelling arbitration." She asks, further, that the court order Defendant to pay her share of the AAA filing fee. As Defendant Nippon demonstrated in its own motion to compel arbitration [191], however, Ms. Dela Torre reported to the arbitrator that she is indigent and cannot pay the arbitration fee and demanded that the arbitrator "immediately order the SUSPENSION OF THIS ARBITRATION." (Exhibit I to "Defendant's Motion to Compel [191–10]) (emphasis original). Ms. Dela Torre added, "For absolute clarity, should Nippon offer to pay my share of the fees, I REFUSE." (Id.) Not surprisingly, the arbitrator has suspended the arbitration proceedings. (Exhibits J,K to Defendant's Motion to Compel [191–11, 12].) Surely Ms. Dela Torre can understand that she is not free to "refuse" payment of her fees by Nippon, on one hand, and demand a finding that Nippon is in contempt for failing to do so, on the other. Her motion [213] is denied. A final reminder: The parties settled this case in an agreement that calls for disputes to be subject to arbitration. Ms. Dela Torre appears to have changed her mind more than once about whether that provision is enforceable. The court has not. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.