**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| GRACIELA DELA TORRE, | Case No. 1:25-cv-01483 |
| Plaintiff, | |
| v. | Hon. Rebecca R. Pallmeyer |
| NIPPON LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

**NOTICE OF FILING MOTION TO REASSIGN**

**PLEASE TAKE NOTICE** that on May 15, 2026, OpenAI Foundation and OpenAI Group PBC (collectively "OpenAI") filed a Motion to Reassign requesting that *Nippon Life Insurance Company of America v. OpenAI Foundation, et al.*, Case No. 1:26-cv-02448, be reassigned to this Court as related to: (1) *Dela Torre v. Nippon Life Insurance Company of America*, Case No. 1:22-cv-07059 and (2) *Dela Torre v. Nippon Life Insurance Company of America*, Case No. 1:25-cv-01483. Pursuant to Local Rule 40.4(c), the Motion was filed in the lowest-numbered case of the related set, Case No. 1:22-cv-07059. A copy of the Motion is attached hereto as Exhibit 1.

Dated: May 15, 2026

*Of Counsel:*
John P. Flynn  (*pro hac vice* pending)
Joshua A. Baskin (*pro hac vice* pending)
WILSON SONSINI GOODRICH
& ROSATI, P.C.
One Market Plaza, Spear Tower Suite 3300
(415) 947-2000
jflynn@wsgr.com
jbaskin@wsgr.com

Respectfully submitted,

*/s/ Steven P. Mandell*
Steven P. Mandell (ARDC #6183729)
Mandell PC
1 North Franklin Street, Suite 900
Chicago, IL 60606
(312) 801-6337
smandell@mandellpc.com

*Counsel for*
*OpenAI Foundation and OpenAI*
*Group PBC*

1

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a copy of the foregoing document has been served on May 15, 2026 via the Court's CM/ECF system on all counsel of record who have consented to electronic service.

/s/ Steven P. Mandell